2016-1394 (La. 9/16/16)

**Carla BROUSSARD-SCHER**

**v.**

**Brian Christopher LEGENDRE, et al.**

**C/w Tiffany Renee Thomas**

**v.**

**Brian Christopher Legendre**

**NO. 2016-CJ-1394**

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Lafayette, 15th Judicial District Court Div. L, No. 2009-0641 C/W 2011-5316; to the Court of Appeal,

Third Circuit, No. CW 16-00513; September 16, 2016